NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD A. MCGEE,**
*Petitioner,*

v.

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2009-3263

---

Petition for review of the Merit Systems Protection Board in CH0752080403-I-1.

---

## ON MOTION

---

## ORDER

The Department of the Air Force moves for an extension of time to respond to Richard A. McGee's motion to reinstate his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The Air Force's response is due within seven days of the date of filing of this order.

FOR THE COURT

**APR 2 0 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Lawrence J. Fleming, Esq.
     Renee Gerber, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**APR 2 0 2011**

**JAN HORBALY**
**CLERK**